

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-18-00325-CV

**IN THE INTEREST OF S.S. AND S.S.,** Children

From the County Court, Jim Wells County, Texas
Trial Court No. 16-08-56366-CV
Honorable Michael Ventura Garcia, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's order of termination is AFFIRMED.

We order that no costs be assessed against appellant K.S. because she is indigent.

SIGNED November 28, 2018.

_____
Marialyn Barnard, Justice